FILED
October 12, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003830636

2
Susan M. Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

CHARLES AUSTIN KING and

IDA FIERRO KING,

Debtors.

Case No. 10-43878-D-7
DCN: SMD-002

DATE: November 9, 2011
TIME: 10:00 a.m.
PLACE: Dept D, Court Room 34
501 I Street, 6th Floor
Sacramento, CA 95814

## MOTION FOR AUTHORITY TO SELL REAL PROPERTY

SUSAN M. DIDRIKSEN, as Trustee of the estate of the above-named debtor, hereby moves for an order: (a) authorizing the sale of real property improved by a workshop and commonly known as 3274 Greenwood Lane, Placerville, County of El Dorado, APN 317-250-28-10, California 95667 ("3274 Greenwood") for $115,000 to Bryan C. Kroff, Trustee and Pamela P. Kroff, Trustee (hereinafter collectively "Buyers"); and (b) allowing a commission of 6% of the purchase price as final compensation of the Trustee's realtor, Lyon Real Estate ("Lyon"), to be divided and paid from escrow, 3.5% to Lyon and 2.5% to Buyers' realtor Christopher B. Holden, Broker. In support thereof, Trustee respectfully represents that:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on September 7, 2010. Trustee is the duly appointed trustee for the debtors' estate.

2. Among the assets of the estate is 3274 Greenwood, for which the Schedules represent the value to be $249,000, subject to no liens or claims of exemption by the debtors.

3. On November 8, 2010, the Court approved the Trustee's motion to employ Lyon to complete the transaction.

Page 1

4. On October 12, 2011, Buyers accepted Trustee's counteroffer and addendum for the sale of 3274 Greenwood. Copies of the agreement and addendum are attached as **Exhibit A**.

5. Approving the sale is in the best interest of the estate because: (a) the sales price approximates fair value and (b) it will generate cash for the estate of approximately $103,000. A copy of the seller's estimated net sheet is attached as **Exhibit B**.

6. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $1,00.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing. Any successful over bidder must remit the full amount of the cash selling price to the Trustee within twenty-four hours after the Court hearing is concluded.

WHEREFORE, Trustee prays that the motion be granted, and for such other and further relief as is necessary and proper.

DATED: October 12, 2011                                /s/ SUSAN M. DIDRIKSEN, TRUSTEE

PO Box 1460
Shingle Springs, CA  95682
530-232-6199
didriksen1@gmail.com